### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAY HECKELMANN,** | : | **CIVIL ACTION NO. 3:13-CV-00175** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **vs.** | : | |
| | : | |
| **CAROLYN W. COLVIN, ACTING** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 27th day of May, 2014, in accordance with the accompanying

memorandum, **IT IS HEREBY ORDERED THAT:**

1.  The Clerk of Court shall enter judgment in favor of the Commissioner
    and against Jay Heckelmann as set forth in the following paragraph.

2.  The decision of the Commissioner of Social Security denying Jay
    Heckelmann disability insurance benefits is AFFIRMED.

3.  The Clerk of Court is directed to CLOSE this case.


          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania